IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIKAELA ARRIYAM HILL,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | **Civil Case No.: 1:25-cv-03332-JPB-CCB**<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Mikaela Arriyam Hill and Defendant Equifax Information Services, LLC ("Equifax"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: September 3, 2025

                                                  By: */s/ Moshe Boroosan*
                                                  Moshe Boroosan, GA Bar #744128

2

**CONSUMER ATTORNEYS**
68-29 Main Street
Flushing NY 11367
T: (718) 887-2926
F: (718) 247-8020
E: mboroosan@consumerattorneys.com

*Attorneys for Plaintiff*
*Mikaela Arriyam Hill*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to counsel of record.

**CONSUMER ATTORNEYS**

By: */s/ Max Lukjanski*