UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIKAELA ARRIYAM HILL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 1:25-cv-03332-JPB-CCB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Mikaela Arriyam Hill and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax. There are no remaining defendants in this matter.

Respectfully submitted this October 9, 2025

| | |
|---|---|
| */s/ Moshe O. Boroosan*<br>Moshe Boroosan, GA Bar #744128<br>CONSUMER ATTORNEYS<br>68-29 Main Street<br>Flushing NY 11367<br>T: (718) 887-2926<br>F: (718) 247-8020<br>E: mboroosan@consumerattorneys.com<br><br>*Attorneys for Plaintiff*<br>*Mikaela Arriyam Hill* | */s/ Eric Barton*<br>Eric Barton, GA Bar No. 040704<br>ebarton@seyfarth.com<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street, N.E.<br>Suite 2500<br>Atlanta, Georgia 30309-3958<br>Telephone: (404) 885-1500<br>Facsimile: (404) 892-7056<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Max Lukjanski*